**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Angela Renee Sykes<br><br>                     Debtor(s) | Case No. 15 B 31524 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/16/2015.

2) The plan was confirmed on 12/03/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/13/2017.

5) The case was Converted on 06/28/2017.

6) Number of months from filing to last payment: 16.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,670.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$5,670.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,879.03 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $234.22 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,113.25** |

Attorney fees paid and disclosed by debtor: $100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABC Financial | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 1,186.00 | NA | NA | 0.00 | 0.00 |
| Advocate Trinity Hospital | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 912.00 | 912.21 | 912.21 | 0.00 | 0.00 |
| AOL Shop Direct | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Ashro Lifestyle | Unsecured | 414.00 | 414.11 | 414.11 | 0.00 | 0.00 |
| AT T | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Athletic & Therapeutic Inst. | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| BANK OF America Checking | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| BASIC | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| CDA/Pontiac | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Chela | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Chula Vista Inc | Unsecured | 4,941.00 | 4,941.00 | 4,941.00 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,600.00 | 1,566.96 | 1,566.96 | 0.00 | 0.00 |
| CITY WIDE Property Management | Unsecured | 7,732.00 | NA | NA | 0.00 | 0.00 |
| CNAC/Mi106 | Unsecured | 3,129.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| Concord Place Apartments | Unsecured | 5,041.00 | NA | NA | 0.00 | 0.00 |
| Credit Management, Inc. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Company | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Diversified Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| First Revenue Assurance | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Alliance | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Hammond Clinic LLC | Unsecured | 1,370.00 | NA | NA | 0.00 | 0.00 |
| Franklin Collection Service | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Friedman & Wexler, LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Furniture 4 Less | Unsecured | 971.00 | NA | NA | 0.00 | 0.00 |
| IC Systems Inc. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue 0414 | Priority | 310.00 | 267.95 | 267.95 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 79.00 | 79.00 | 0.00 | 0.00 |
| Indiana Dept Of Revenue | Secured | 227.76 | 227.76 | 227.76 | 227.76 | 5.99 |
| ISAC | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| Joseph S. Thomas, MD | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 1.00 | 5,545.00 | 5,545.00 | 0.00 | 0.00 |
| LCMH Hospitalist Group | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Michael Pulliam | Unsecured | 5,545.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial System | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Overland Bond & Investment Corp | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 721.00 | NA | NA | 0.00 | 0.00 |
| Progressive Finance, L.C. | Unsecured | 1,011.00 | NA | NA | 0.00 | 0.00 |
| Promex Midwest Corporation | Unsecured | 6,240.00 | NA | NA | 0.00 | 0.00 |
| Pulliam Michael AS Agent | Unsecured | 6,863.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group LLC | Unsecured | NA | 0.00 | 219.03 | 0.00 | 0.00 |
| Quantum3 Group LLC | Secured | 4,925.00 | 5,144.03 | 4,925.00 | 2,078.08 | 244.92 |
| Regional Recovery SERV | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| Riddle & Associates P.C | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Risk Management Alternatives | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Sage Telecom | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 1,864.00 | 1,161.35 | 1,161.35 | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 706.00 | NA | NA | 0.00 | 0.00 |
| The Payday Loan Store of IL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Tmobile | Unsecured | 1,987.00 | 1,111.76 | 1,111.76 | 0.00 | 0.00 |
| US Dept Of Education | Unsecured | 3,116.00 | 3,133.16 | 3,133.16 | 0.00 | 0.00 |
| WOW Chicago | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,925.00 | $2,078.08 | $244.92 |
| All Other Secured | $227.76 | $227.76 | $5.99 |
| **TOTAL SECURED:** | **$5,152.76** | **$2,305.84** | **$250.91** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $267.95 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$267.95** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,083.58** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,113.25 |
| Disbursements to Creditors | $2,556.75 |
| **TOTAL DISBURSEMENTS** : | **$5,670.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/30/2017                By: /s/ Marilyn O. Marshall
                                                           Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**